

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MICHAEL SHANE READ, ,

      Appellant, ,

No. 08-13-00222-CR

Appeal from the

V. ,

355th District Court

THE STATE OF TEXAS, ,

      Appellee. ,

of Hood County, Texas

(TC# CR12347)

,

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.